**Order entered July 24, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00379-CV

**MAY LTAIF, Appellant**

**V.**

**RAMA NPL 1, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-07215-C**

## ORDER

Before the Court is appellee's July 23, 2019 unopposed motion for an extension of time

to file its brief on the merits. We **GRANT** the motion and extend the time to **August 21, 2019**.


/s/  KEN MOLBERG
    JUSTICE